

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Abilene Regional Medical Center and Brian Ganesh, M.D.,

\* From the 42nd District Court of Taylor County, Trial Court No. 51319-A.

Vs. No. 11-23-00027-CV

\* February 8, 2024

Eugenia Fae Pierce, individually, on behalf of all wrongful death beneficiaries, and as personal representative of the Estate of Elton Pierce,

\* Opinion by Trotter, J.
(Panel consists of: Trotter, J., Williams, J., and Wright, S.C.J., sitting by assignment)
(Bailey, C.J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, in which it denied Abilene Regional Medical Center's and Brian Ganesh, M.D.'s motions to dismiss, and we render judgment dismissing with prejudice Eugenia Fae Pierce's suit against Appellants. The costs incurred by reason of this appeal are taxed against Eugenia Fae Pierce.